STATE OF NORTH CAROLINA v. CLARENCE WADY LEE, JR.

No. 7312SC455

(Filed 27 June 1973)

APPEAL by defendant, Clarence Wady Lee, Jr., from *Braswell, Judge,* 15 January 1973 Session of Superior Court held in CUMBERLAND County.

Defendant was charged in separate bills of indictment, proper in form, with the manslaughter of Willie Foster Sampson III, and John Roger Tew, arising out of his operation of a motor vehicle on 17 June 1972. The defendant, represented by privately employed counsel, pleaded not guilty and was found guilty as charged in each bill of indictment. From a judgment imposing a prison sentence of seven years, defendant appealed.

*Attorney General Robert Morgan and Assistant Attorney General Eugene Hafer for the State.*

*Sol G. Cherry, Public Defender, for defendant appellant.*

HEDRICK, Judge.

In his brief, defendant states:

"After a thorough review of the record in this case, counsel finds no errors of consequence in this case. It is requested that the members of the court examine the record

for any errors which counsel may have neglected to bring forth or argue."

Accordingly, we have carefully examined the record and find and hold that the defendant had a fair trial free from prejudicial error.

No error.

Judges BRITT and VAUGHN concur.